IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TROMPETER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLY FINANCIAL, INC., and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. CV 12-0392 CW<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL (DOCKET NO. 40) |

    On June 1, 2012, this Court denied Defendant Ally Financial, Inc.'s motion to compel arbitration on the grounds that its arbitration agreement with Plaintiff John Trompeter was unconscionable.  Docket No. 23.  Defendant filed a timely appeal of that decision on June 27, 2012, Docket No. 28, and now moves to stay the proceedings in this Court pending the outcome of the appeal.  Plaintiff does not oppose the motion to stay.  Accordingly, Defendant's motion (Docket No. 40) is GRANTED and the motion hearing previously scheduled for November 15, 2012, is VACATED.

    IT IS SO ORDERED.

Dated: 10/31/2012

                                CLAUDIA WILKEN
                                United States District Judge