JOHN B. SULLIVAN (State Bar No. 96742)
REBECCA S. SAELAO (State Bar No. 222731)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
E-mail: jbs@severson.com
rss@severson.com

Attorneys for Defendant, Ally Financial Inc.

THOMAS A. KEARNEY (State Bar No. 90045)
PRESCOTT LITTLEFIELD (State Bar No. 259049)
KEARNEY LITTLEFIELD LLP
3436 N. Verdugo Rd., Ste. 230
Glendale, CA 91208
Telephone: (213) 473-1900; Fax: (213) 473-1919
E-mail:tak@kearneylittlefield.com
pwl@kearneylittlefield.com

Attorney for Plaintiff, John Trompeter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN TROMPETER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL, INC., a Delaware corporation and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.:  12-0392-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION TO LIFT STAY AND DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS; [PROPOSED] ORDER**<br><br>Judge:           Hon. John Tigar<br><br>Complaint Filed: September 6, 2011 |

Plaintiff John Trompeter ("Plaintiff") and Defendant Ally Financial, Inc. ("Ally" or "Defendant," collectively with Plaintiff, the "Parties") through their counsel of record stipulate as follows, and request that the stay in the above-referenced case be lifted, and that based on the Parties' confidential settlement the action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative, uncertified class alleged by Plaintiff:

1. WHEREAS, on or about September 6, 2011, Plaintiff filed an action entitled *John Trompeter v. Ally Financial Inc.*, No. 13-00164, in the Superior Court of California, County of San Francisco (the "Action"). On or about December 7, 2011, Plaintiff filed a First Amended Complaint ("FAC") in the Action. On or about January 25, 2012, Ally removed the Action to the United States District Court for the Northern District of California, where it was docketed as No. 12-0392.

2. WHEREAS, by his FAC, Plaintiff brought claims against Ally for allegedly "secretly recording telephone calls with persons located in California without their consent." (FAC ¶ 1.) Plaintiff's FAC brought claims for (1) statutory damages and injunctive relief under California's Invasion of Privacy Act, Cal. Penal Code § 637.2, based on alleged violations of Cal. Penal Code §§ 632 and 632.7; and (2) alleged violations of California Business & Professions Code § 17200 et seq. (FAC ¶¶ 29-41.)

3. WHEREAS, by his FAC, Plaintiff also sought to certify a class of "[a]ll consumers who received a telephone call, in which at least one party was in California, and that telephone call was recorded or monitored without prior warning or consent." (FAC ¶ 25.)

4. WHEREAS, each Party denies all allegations, claims and defenses made by the other Party in the Action.

5. WHEREAS, the Parties have now determined that their differences are resolvable via individual settlement. Based upon these facts, Plaintiff no longer wishes to pursue his class claims and has reached a settlement of his individual claims with Defendant.

6. WHEREAS, on October 31, 2012, the Honorable Claudia Wilken granted Ally's unopposed motion to stay district Court proceedings pending Ally's appeal from the Court's Order denying Ally's motion to compel arbitration, and stayed this case. (Dkt. No. 46.)

7. WHEREAS, in light of the Parties' settlement, the Parties filed a joint motion to dismiss Ally's appeal, and on April 21, 2015 the United States Court of Appeals for the Ninth Circuit issued an Order granting the joint motion, dismissing Ally's appeal, and stating that a copy of the Order "shall serve as the mandate of this Court." (Dkt. No. 57.)

8. WHEREAS, in light of their settlement and the dismissal of Ally's appeal, the Parties stipulate that the Action be dismissed, as set forth below.

9. WHEREAS, rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this putative class action because it only applies to certified classes, and no class has been certified in this matter.

10. WHEREAS, accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant agree that Plaintiff's complaint shall be dismissed in its entirety and with prejudice with respect to the claims by Plaintiff individually against Defendant, and without prejudice as to the claims by the putative, uncertified class alleged by Plaintiff.

**IT IS SO STIPULATED.**

DATED: April 21, 2015                      SEVERSON & WERSON
                                           A Professional Corporation


                                           By:      /s/   Rebecca S. Saelao
                                                         Rebecca S. Saelao

                                           Attorneys for Defendant
                                           ALLY FINANCIAL INC.


DATED: April 21, 2015                      KEARNEY LITTLEFIELD, LLP


                                           By:      /s/   Prescott Littlefield
                                                         Prescott Littlefield

                                           Attorneys for Plaintiff

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

                                           By:      /s/   Rebecca S. Saelao
                                                         Rebecca S. Saelao

**[PROPOSED] ORDER**

Before the Court is the Parties' stipulation and request that the Court lift the stay and dismiss this Action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims by the putative, uncertified class alleged by Plaintiff.  Having reviewed the Parties' stipulation and the Order by the Ninth Circuit granting the parties' joint motion to dismiss Ally's appeal in light of the parties' settlement, and good cause appearing therefor, the Court ORDERS as follows:

The stay of this action is lifted.  Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff's complaint is HEREBY DISMISSED in its entirety and *with prejudice* with respect to Plaintiff's individual claims against Defendant, and without prejudice as to the claims brought on behalf of the putative, uncertified class.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 23, 2015

_____
Honorable Jon S. Tigar
United States District Court Judge